IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

TANYA L. FUCHS,                         §
                                        §
            Plaintiff,                  §
                                        §
v.                                      §            1:20-CV-319-RP
                                        §
B & B STAR AIR DUCT & HVAC, LLC,        §
BARBARA CRYER and BARRY CRYER,          §
                                        §
            Defendants.                 §

## FINAL JUDGMENT

On January 7, 2021, the Court granted the parties' joint motion to approve settlement

agreement and to dismiss with prejudice all claims in this case. (Order, Dkt. 20). As nothing remains

to resolve, the Court renders final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that all pending motions are **MOOT**.

**IT IS FINALLY ORDERED** that the case is **CLOSED**.

**SIGNED** on January 7, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE